UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES – GENERAL**

Case No.  5:25-cv-02486-JLS-AJR                                     Date: October 06, 2025
Title:  Omar Sanchez Ruiz v. Warden et al

Present: **Honorable JOSEPHINE L. STATON, UNITED STATES DISTRICT JUDGE**

| Kelly Davis | N/A |
|---|---|
| Deputy Clerk | Court Reporter |

| Attorneys Present for Plaintiffs: | Attorneys Present for Defendant: |
|---|---|
| Not Present | Not Present |

**PROCEEDINGS:   (IN CHAMBERS)  ORDER ENTERING PRELIMINARY INJUNCTION AS TO RESPONDENTS WARDEN, THOMAS P. GILES, TODD LYONS, KRISTI NOEM, AND PAMELA BONDI.**

On September 23, 2025, the Court issued a Temporary Restraining Order and Order to Show Cause as to Why Preliminary Injunction Should Not Issue.  (TRO, Doc. 8.)  On October 6, 2025, the Court held a hearing on the Order to Show Cause ("OSC").  Petitioner Omar Sanchez Ruiz and Respondents Warden, Thomas P. Giles, Todd Lyons, Kristi Noem, and Pamela Bondi, appeared at oral argument.  The parties did not submit additional briefing after the issuance of the TRO, and at oral argument, Respondents did not offer additional arguments opposing a preliminary injunction beyond those advanced in opposition to the TRO.

"The standard for issuing a temporary restraining order is identical to the standard for issuing a preliminary injunction."  *Lockheed Missile & Space Co. v. Hughes Aircraft Co.*, 887 F. Supp. 1320, 1323 (N.D. Cal. 1995).  In issuing the TRO, the Court found that Petitioner made a sufficient showing under each of the *Winter* factors with regards to Petitioner's potential third country removal without proper notice and opportunity to be heard.  (*See generally* TRO; *see also Winter v. Nat. Res. Def. Council, Inc.*, 555 U.S. 7, 22 (2008).)  The Court sees no reason to depart from its previous analysis and

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES – GENERAL**

Case No.  5:25-cv-02486-JLS-AJR                                                              Date: October 06, 2025
Title:  Omar Sanchez Ruiz v. Warden et al

incorporates that analysis herein.  The Court therefore preliminarily ENJOINS Respondents from removing Petitioner to a third country without proper notice and opportunity to be heard.  Specifically, Respondents must provide at least ten days' notice prior to any third country removal.
Accordingly, the Court ORDERS as follows:

1. Respondents, their officers, agents, servants, employees, and attorneys, and other persons who are in active concert or participation with Respondents shall not remove Petitioner to a third country, *i.e.*, a country other than the country designated as the country of removal in Petitioner's final order of removal (Mexico), without written notice of the third country to which petitioner may be removed provided to Petitioner and her counsel in a language the Petitioner can understand.  Following notice, Petitioner must be given a meaningful opportunity to raise a fear-based claim for withholding of removal or protection under the Convention Against Torture prior to removal.  If Petitioner demonstrates "reasonable fear" of removal to the third country, Respondents must move to reopen Petitioner's removal proceedings.  If Petitioner is not found to have demonstrated a "reasonable fear" of removal to the third country, Respondents must provide a meaningful opportunity, and a minimum of fifteen (15) days, for Petitioner to seek reopening of her immigration proceedings.[1]

2. This Preliminary Injunction shall take effect immediately and shall remain in effect pending resolution of the merits of this case or further order of this Court.

3. The Court exercises its discretion to waive the requirement to post a bond.

---

[1] *See, e.g.*, *Vaskanyan v. Janecka*, 2025 WL 2014208 at *9 (C.D. Cal. June 25, 2025); *D.V.D. v. U.S. Dep't of Homeland Sec.*, 778 F. Supp. 3d 355, 393 (D. Mass. 2025).

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES – GENERAL**

Case No.  5:25-cv-02486-JLS-AJR                                      Date: October 06, 2025
Title:  Omar Sanchez Ruiz v. Warden et al

                                                Initials of Deputy Clerk: kd