UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

CIVIL MINUTES – GENERAL

Case No.    5:25-cv-02486-JLS-AJR                              Date:  October 8, 2025
                                                               Page 1 of 2

Title:    Omar Sanchez Ruiz, also known as Gloria Sanchez v. Warden, et al.

DOCKET ENTRY:   **ORDER DIRECTING THE PARTIES TO MEET AND CONFER ON NEXT STEPS AND FILE A STATUS REPORT**

PRESENT:

**HONORABLE A. JOEL RICHLIN, UNITED STATES MAGISTRATE JUDGE**

| Claudia Garcia-Marquez | None | None |
|---|---|---|
| Deputy Clerk | Court Reporter/Recorder | Tape No. |

ATTORNEYS PRESENT FOR PLAINTIFF:           ATTORNEYS PRESENT FOR DEFENDANTS:

None Present                                None Present

**PROCEEDINGS:  (IN CHAMBERS)**

On September 21, 2025, Petitioner Omar Sanchez Ruiz, also known as Gloria Sanchez ("Petitioner"), represented by counsel, filed a Petition for Writ of Habeas Corpus (the "Petition") challenging her continued detention.  (Dkt. 1.)  Also on September 21, 2025, Petitioner filed a Motion for a Temporary Restraining Order to prohibit Respondents from transferring Petitioner to a third country without notice and an opportunity to be heard on any fear of persecution or torture in that third country.  (Dkt. 3.)  On September 23, 2025, the District Judge issued an Order Granting in Part Application for Temporary Restraining Order.  (Dkt. 8.)  On October 6, 2025, the District Judge issued an Order Entering Preliminary Injunction As to Respondents Warden, Thomase P. Giles, Todd Lyons, Kristi Noem, and Pamela Bondi prohibiting Respondents from removing Petitioner to a third country without written notice and an opportunity for Petitioner to raise a fear-based claim for withholding of removal or protection under the Convention Against Torture prior to removal.  (Dkt. 11.)

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

CIVIL MINUTES – GENERAL

Case No.    5:25-cv-02486-JLS-AJR                              Date:  October 8, 2025
                                                                                     Page 2 of 2

Title:    Omar Sanchez Ruiz, also known as Gloria Sanchez v. Warden, et al.

      This action is referred to the undersigned U.S. Magistrate Judge for preliminary matters.  (Dkt. 4.)  Applications for temporary restraining orders are expressly carved out of the referral to Magistrate Judges under Central District General Order 05-07.  Now that the District Judge has ruled on the Motion for a Temporary Restraining Order and entered a preliminary injunction, the undersigned would typically set a briefing schedule for Respondents to file a responsive pleading (either an Answer or Motion to Dismiss).  However, before the Court issues its standard scheduling order in habeas actions, the Court wants to give the parties an opportunity to meet and confer and suggest their preferred next steps in the action.  Therefore, the Court directs the parties to file a joint status report by October 22, 2025 setting forth their respective positions on next steps in the case as well as proposed dates.

      IT IS SO ORDERED.