1
2
3
4
5
6
7

8          UNITED STATES DISTRICT COURT

9          CENTRAL DISTRICT OF CALIFORNIA

10

11    OMAR SANCHEZ RUIZ,                    Case No. 5:25-cv-02486-JLS-AJR
      *also known as* Gloria Sanchez,
12
                          Petitioner,       **ORDER ACCEPTING FINDINGS,**
13        v.                                **CONCLUSIONS AND**
                                            **RECOMMENDATIONS OF UNITED**
14    WARDEN, DESERT VIEW                    **STATES MAGISTRATE JUDGE**
      FACILITY, ET AL.,
15
                          Respondents.
16

17

18
          Pursuant to 28 U.S.C. § 636, the Court has reviewed the Petition for Writ of
19
      Habeas Corpus pursuant to 28 U.S.C. § 2241, all the records and files herein, and the
20
      Report and Recommendation of the United States Magistrate Judge.  The time for filing
21
      objections to the Report and Recommendation has passed and no objections have been
22
      received.  Accordingly, the Court accepts and adopts the findings, conclusions, and
23
      recommendations of the Magistrate Judge.
24

25        IT IS ORDERED that:  (1) the Petition is GRANTED as to Claims Two and Three;
26    (2) Respondents shall immediately release Petitioner from custody under her prior Order
27    of Supervision; (3) Respondents shall not re-detain Petitioner unless they first comply
28    with their own regulations by providing notice of the basis for the revocation and a

meaningful opportunity to challenge the reasons for revocation stated in the notice; (4) Respondents, their officers, agents, servants, employees, and attorneys, and other persons who are in active concert or participation with them are permanently enjoined from removing Petitioner to a third country—i.e., a country other than the country designated in Petitioner's final order of removal (Mexico)—without providing written notice of the third country to Petitioner and her counsel in a language Petitioner can understand. Following such notice, Petitioner must be given a meaningful opportunity to raise a fear-based claim for withholding of removal or protection under the Convention Against Torture prior to removal. If Petitioner demonstrates a "reasonable fear" of removal to the third country, Respondents must move to reopen Petitioner's removal proceedings. If Petitioner is not found to have demonstrated a "reasonable fear" of removal to the third country, Respondents must provide Petitioner a meaningful opportunity—and a minimum of fifteen (15) days—to seek reopening of her immigration proceedings; (5) Respondents shall file a notice of compliance advising how they complied with this Order within one day of this Order; and (6) Judgment be entered GRANTING the Petition as to Petitioner's second and third claims for relief.

IT IS FURTHER ORDERED that the Clerk serve copies of this Order and the Judgment herein on Petitioner at the current address of record, as well as all Respondents who have appeared in the action.

LET JUDGMENT BE ENTERED ACCORDINGLY.

DATED:  March 12, 2026

HON. JOSEPHINE L. STATON
UNITED STATES DISTRICT JUDGE