JS-6

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

OMAR SANCHEZ RUIZ,
*also known as* Gloria Sanchez

          Petitioner,

    v.

WARDEN, DESERT VIEW
FACILITY, ET AL.,

          Respondents.

Case No. 5:26-cv-02486-JLS-AJR

**JUDGMENT**

Pursuant to the Court's Order Accepting Findings, Conclusions, and Recommendations of United States Magistrate Judge,

IT IS HEREBY ADJUDGED that the Petition is GRANTED as to Petitioner's second and third claims for relief.

DATED:  March 12, 2026

_____
HON. JOSEPHINE L. STATON
UNITED STATES DISTRICT JUDGE